JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | ED CV 24-01742-DMG(SPx) | Date | December 11, 2024 |
|---|---|---|---|
| Title | *Dennis Cooper v. Al Savin* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Derek Davis | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On November 26, 2024, the Court ordered counsel to file a joint status report by December 3, 2024 to inform the Court of the status of their settlement. The parties failed to file a timely joint status report.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.